FILED
CLERK, U.S. DISTRICT COURT

MAY 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNIE MOORE, | ) | NO. SA CV 08-4-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: _____5/27_____, 2008.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE